Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| NORMA VÉLEZ SOTO | | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina |
|---|---|---|
| Recurrida | | |
| v. | KLCE202500253 | |
| | | Caso número: CA2023CV01462 |
| CLINICAL MEDICAL SERVICES, INC. | | Sobre: Acoso laboral y otros |
| Peticionaria | | |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 14 de marzo de 2025.

Examinada la *Petición de Certiorari*, la *Moción solicitando autorización para presentar documento bajo sello como parte del Apéndice de la Petición de Certiorari*, la *Solicitud de autorización para presentar Petición de Certiorari en exceso del límite de páginas* y la *Moción en auxilio de jurisdicción*, presentadas el 14 de marzo de 2025 por Clinical Medical Services, Inc., disponemos lo siguiente:

No Ha Lugar a la solicitud en auxilio de jurisdicción.

Se autoriza la presentación del recurso en exceso de páginas. En cuanto a la solicitud sobre el Apéndice, Ha lugar.

Con relación al recurso en sus méritos, resolvemos que procede prescindir de los términos, escritos o procedimientos ulteriores, con el propósito de lograr su más justo y eficiente despacho, y abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Reglas 7(b)(5) y 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(b)(5) y 40. Ello, sin perjuicio de que, en su momento,

Número Identificador

RES2025 _____

cualquier planteamiento de derecho sea presentado nuevamente en la apelación, si alguna, que pueda instar la parte peticionaria.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente**.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones